**B3A (Official Form 3A) (12/07)**

# United States Bankruptcy Court
## Northern District of Illinois

In re　Annie M Lundgren　　　　　　　　　　　　　　　　　Case No.　_____

　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　Chapter　　13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ 274.00 in installments.

2. I am unable to pay the filing fee except in installments.

3. Until the filing fee is paid in full, I will not make any additional payments or transfer any additional property to an attorney or any other person for services in connection with this case.

4. I propose the following terms for the payment of the Filing Fee.*

　　$　68.50　Check one　　■ With the filing of the petition, or
　　　　　　　　　　　　　　　□ On or before　_____

　　$　68.50　on or before　_____

　　$　68.50　on or before　_____

　　$　68.50　on or before　_____

\* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date　July 20, 2010　　　　　　　　　　Signature　/s/ Annie M Lundgren
　　　　　　　　　　　　　　　　　　　　　　　　　　Annie M Lundgren
/s/ JEFFRY A. DAHLBERG　　　　　　　　　　　　　　　Debtor
Attorney for Debtor(s)
JEFFRY A. DAHLBERG
Balsley & Dahlberg, LLP
5130 North Second Street
Loves Park, IL 61111
(815) 877-2593
Fax: (815) 877-7965
www.balsleylawoffice.com